434 A.2d 716

COMMONWEALTH of Pennsylvania, Appellee,

v.

Wallace FEASTER, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 20, 1981.

Decided Sept. 24, 1981.

Nino V. Tinari, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Victor Fortuno, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The judgments of sentence are affirmed, without prejudice to appellant's right to select new counsel, not associated with present counsel, to represent him on the issue of ineffectiveness of trial counsel.

LARSEN, J., filed a concurring opinion.

LARSEN, Justice, concurring.

I would hold that trial counsel can *never* act as appellate counsel when ineffective assistance of trial counsel is an issue.